FILED

11/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0213

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0213

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

JOSHUA GLEN REID,

 Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing, Court Reporter Cindy Prindiville is granted an extension of time to and including January 7, 2022, within which to prepare, file, and serve the transcripts requested on appeal.

No further extensions will be granted.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2021